# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JAMBYS, INC., ET AL.,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 24-10913 (KBO)<br><br>Jointly Administered |
| JAMBYS, INC.,<br><br>                    Plaintiff,<br>v.<br><br>VELOCITY CAPITAL GROUP LLC, UNITED FIRST, LLC, GLOBAL FUNDING EXPERTS, LLC, GFE NY LLC, MCA SERVICING COMPANY, CLOUDFUND LLC, DELTA BRIDGE FUNDING, LLC, MAX RECOVERY GROUP LLC, SIMMONS CAPITAL PARTNERS, NEWCO CAPITAL GROUP VI LLC a/k/a NEWCO CAPITAL GROUPS VI, SELLERSFUNDING CORP. d/b/a SELLERSFI, ASSDJS LLC, ASSDJS 2 LLC, JAY AVIGDOR, BORIS MUSHEYEV, VIACHESLAV ELIYAYEV, BARTOSZ MACZUGA, VADIM SEREBRO, and MATT SIMMONS,<br><br>                    Defendants. | Chapter 11<br><br>Adv. Pro. No. 24-50065 (KBO) |

## CERTIFICATE OF SERVICE

      I, Joseph C. Barsalona II, certify that I am, and all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that that service of the Amended Complaint, Summons and ADR Notice was made on June 4, 2024, in the manner initiated to:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Jambys, Inc. (4264) and Jambys NYC, Inc. (5373). The Debtors' mailing address is 228 Park Avenue South, PMB 49630, New York, NY 10003.

*Via First Class Mail*

| | |
|---|---|
| JAY AVIGDOR<br>333 PEARSALL AVE,<br>CEDARHURST, NY 11516 | VELOCITY CAPITAL GROUP LLC<br>333 PEARSALL AVE,<br>CEDARHURST, NY 11516 |
| VELOCITY CAPITAL GROUP<br>C/O GENE ROSEN'S LAW FIRM<br>200 GARDEN CITY PLAZA, SUITE 405<br>GARDEN CITY, NY 11530<br>ATTN: NATHAN WEIN | VELOCITY CAPITAL GROUP<br>C/O SHANNA KAMINSKI<br>KAMINSKI LAW PLLC<br>30 W. 24TH STREET, 9TH FLOOR<br>NEW YORK, NY 10010 |
| BORIS MUSHEYEV<br>27-01 QUEENS PLAZA NORTH, SUITE 802,<br>LONG ISLAND CITY, NY, 11101 | VIACHESLAV ELIAYEV<br>27-01 QUEENS PLAZA NORTH, SUITE 802,<br>LONG ISLAND CITY, NY, 11101 |
| UNITED FIRST LLC<br>C/O GLOBAL FUNDING EXPERTS LLC<br>27-01 QUEENS PLAZA NORTH, SUITE 802,<br>LONG ISLAND CITY, NY, 11101<br>ATTN: RAFI ZAMAN | UNITED FIRST LLC<br>2999 NE 191ST STREET, UNIT 901<br>MIAMI, FL 33180<br>ATTENTION: LEGAL DEPARTMENT |
| GLOBAL FUNDING EXPERTS LLC<br>27-01 QUEENS PLAZA NORTH, SUITE 802,<br>LONG ISLAND CITY, NY 11101 | GLOBAL FUNDING EXPERTS LLC<br>C/O SHANNA KAMINSKI<br>KAMINSKI LAW PLLC<br>30 W. 24TH STREET, 9TH FLOOR<br>NEW YORK, NY 10010 |
| GFE NY LLC<br>27-01 QUEENS PLAZA NORTH, SUITE 802,<br>LONG ISLAND CITY, NY 11101 | BARTOSZ MACZUGA<br>400 RELLA BLVD. SUITE 165-101,<br>SUFFERN, NY 10901 |
| VADIM SEREBRO<br>400 RELLA BLVD. SUITE 165-101,<br>SUFFERN, NY 10901 | CLOUDFUND LLC<br>400 RELLA BLVD. SUITE 165-101,<br>SUFFERN, NY 10901 |
| DELTA BRIDGE FUNDING LLC<br>400 RELLA BLVD. SUITE 165-101,<br>SUFFERN, NY 10901 | DELTA BRIDGE FUNDING LLC<br>C/O BUSINESS FILINGS INCORPORATED<br>108 W. 13TH STREET,<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| MAX RECOVERY GROUP LLC<br>C/O BUSINESS FILINGS INCORPORATED<br>187 WOLF ROAD, SUITE 101,<br>ALBANY, NY, 12205 | MAX RECOVERY GROUP LLC<br>400 RELLA BLVD. SUITE 165-101,<br>SUFFERN, NY 10901 |
| MCA SERVICING COMPANY<br>C/O ARIEL BOUSKILA, BERKOVITCH &<br>BOUSKILA, PLLC<br>1545 U.S. ROUTE 202, SUITE 101,<br>POMONA, NY 10970 | NEWCO CAPITAL GROUP VI LLC<br>1801 NE 123RD STREET, SUITE 421<br>NORTH MIAMI, FL 33181 |
| NEWCO CAPITAL GROUP VI LLC<br>C/O VCORP AGENT SERVICES, INC.<br>25 ROBERT PITT DRIVE, SUITE 204,<br>MONSEY, NY, 10952 | NEWCO CAPITAL GROUP VI LLC<br>C/O ARIEL BOUSKILA, BERKOVITCH &<br>BOUSKILA, PLLC<br>1545 U.S. ROUTE 202, SUITE 101,<br>POMONA, NY 10970 |
| ASSDJS LLC<br>1345 OCEAN PARKWAY<br>BROOKLYN, NY 11230 | ASSDJS 2 LLC<br>1345 OCEAN PARKWAY<br>BROOKLYN, NY 11230 |
| SIMMONS CAPITAL PARTNERS<br>C/O REDA HOLDINGS<br>57 WEST 57TH STREET 4TH FLOOR,<br>NEW YORK, NY, 10019 | SIMMONS CAPITAL PARTNERS<br>C/O METRO BUSINESS SERVICES<br>350 NORTHERN BLVD STE 324-1043,<br>ALBANY, NY, 12204 |
| SIMMONS CAPITAL PARTNERS<br>1345 OCEAN PARKWAY<br>BROOKLYN, NY 11230 | MATT SIMMONS<br>1345 OCEAN PARKWAY<br>BROOKLYN, NY 11230 |
| SELLERSFUNDING CORP.<br>C/O ALAN HOCHHEISER<br>MAURICE WUTSCHER LLP<br>23611 CHAGRIN BLVD SUITE 207<br>BEACHWOOD, OHIO 44122 | |

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: June 4, 2024
      Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

<u>*/s/ Joseph C. Barsalona II*</u>
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com