# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>JAMBYS, INC., ET AL.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10913 (KBO)<br><br>Jointly Administered |
| JAMBYS, INC., and JAMBYS NYC, INC.,<br>                         Plaintiffs,<br><br>v.<br><br>VELOCITY CAPITAL GROUP LLC, UNITED FIRST, LLC, GLOBAL FUNDING EXPERTS, LLC, GFE NY LLC, MCA SERVICING COMPANY, CLOUDFUND LLC, DELTA BRIDGE FUNDING, LLC, MAX RECOVERY GROUP LLC, SIMMONS CAPITAL PARTNERS, NEWCO CAPITAL GROUP VI LLC a/k/a NEWCO CAPITAL GROUPS VI, ASSDJS LLC, ASSDJS 2 LLC, JAY AVIGDOR, BORIS MUSHEYEV, VIACHESLAV ELIYAYEV, BARTOSZ MACZUGA, VADIM SEREBRO, and MATT SIMMONS,<br>                         Defendants. | Chapter 11<br><br>Adv. Pro. No. 24-50065 (KBO)<br><br>**Re: Adv. D.I. 49** |

## ORDER (I) APPROVING THE SETTLEMENT AGREEMENT BY AND AMONG THE DEBTORS, THE VELOCITY DEFENDANTS, AND THE UNITED FIRST DEFENDANTS AND (II) GRANTING RELATED RELIEF

Pursuant to the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (each, the "Debtor" or collectively the "Debtors") for entry of an order: (i) approving the terms and conditions of that certain *Settlement Agreement*, dated as of October 16, 2024, attached hereto as **Exhibit 1** (the "Settlement Agreement"), by and among (a) the Debtors, (b) Jay Avigdor ("Avigdor") and Velocity Capital Group LLC (with its affiliates, predecessors, successors, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Jambys, Inc. (4264) and Jambys NYC, Inc. (5373). The Debtors' mailing address is 228 Park Avenue South, PMB 49630, New York, NY 10003.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

assigns, individually and collectively, "Velocity," and collectively with Avigdor, the "Velocity Defendants"), and (c) United First, LLC ("United First"), Global Funding Experts, LLC ("GFE"), GFE NY LLC ("GFE NY"), Boris Musheyev ("Musheyev"), and Viacheslev Eliyayev ("Eliyayev," and collectively with United First, GFE, GFE NY, and Musheyev, the "United First Defendants," and collectively with the Debtors, the "Parties," and each a "Party"); and (ii) granting related relief; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b) in which the Court may enter a final order; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice is necessary and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, and their creditors; and the Court having determined that the Debtors exercised sound business judgment to compromise the disputes related to the Motion, including the disagreements as set forth in the Motion; and after due deliberation and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Bankruptcy Rule 9019, the Settlement Agreement is hereby approved in all respects.

3. The Parties to the Settlement Agreement are authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents, and papers and to

take any and all actions reasonably necessary or appropriate to consummate the Settlement Agreement and perform any and all obligations contemplated therein.

4. The Debtors or Reorganized Debtors, as applicable, are hereby authorized and empowered to take any and all steps necessary and appropriate to effectuate the terms of this Order.

5. The terms of the Settlement Agreement shall be binding upon all Parties to the Settlement Agreement and their successors and assigns, including the Debtors' bankruptcy estates and its creditors.

6. To the extent applicable, Bankruptcy Rule 6004(h) is waived and this Order shall be effective and enforceable immediately upon entry.

7. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or relating to the implementation, interpretation, or enforcement of this Order.

**Dated: November 6th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**