# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>JAMBYS, INC., ET AL.,<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 24-10913 (KBO)<br><br>Jointly Administered |
| JAMBYS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>VELOCITY CAPITAL GROUP LLC, UNITED FIRST, LLC, GLOBAL FUNDING EXPERTS, LLC, GFE NY LLC, MCA SERVICING COMPANY, CLOUDFUND LLC, DELTA BRIDGE FUNDING, LLC, MAX RECOVERY GROUP LLC, SIMMONS CAPITAL PARTNERS, NEWCO CAPITAL GROUP VI LLC a/k/a NEWCO CAPITAL GROUPS VI, SELLERSFUNDING CORP. d/b/a SELLERSFI, ASSDJS LLC, ASSDJS 2 LLC, JAY AVIGDOR, BORIS MUSHEYEV, VIACHESLAV ELIYAYEV, BARTOSZ MACZUGA, VADIM SEREBRO, and MATT SIMMONS,<br><br>        Defendants. | Chapter 11<br><br>Adv. Pro. No. 24-50065 (KBO) |

**NOTICE AND STIPULATION OF DISMISSAL OF
DEFENDANTS VELOCITY CAPITAL GROUP LLC, JAY AVIGDOR,
UNITED FIRST LLC, GLOBAL FUNDING EXPERTS LLC, GFE NY LLC,
<u>BORIS MUSHEYEV, AND VIACHESLAV ELIYAYEV WITH PREJUDICE</u>**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Jambys, Inc. (4264) and Jambys NYC, Inc. (5373).  The Debtors' mailing address is 228 Park Avenue South, PMB 49630, New York, NY 10003.

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as incorporated by Fed. R. Bankr. P. 7041; upon joint stipulation by plaintiff Jambys, Inc. ("Jambys") and defendants Velocity Capital Group LLC ("Velocity"), Jay Avigdor ("Avigdor,"), United First LLC ("United First"), Global Funding Experts LLC ("GFE"), GFE NY LLC ("GFE NY"), Boris Musheyev ("Musheyev"), and Viacheslev Eliyayev ("Eliyayev," and collectively with Velocity, Avigdor, United First, GFE, GFE NY, and Musheyev, the "MCA Defendants"); and pursuant to the *Order (I) Approving the Settlement Agreement By and Among the Debtors, the Velocity Defendants, and the United First Defendants; and (II) Granting Related Relief* [Adv. D.I. 52] and the Settlement Agreement between Jambys and the MCA Defendants annexed as Exhibit "1" thereto; Jambys hereby dismisses the above MCA Defendants from the above-captioned adversary proceeding with prejudice.[2]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the P.I. Order [Adv. D.I. 24] and in the *First Amended Verified Complaint for Injunctive Relief* [Adv. D.I. 26] (the "Amended Complaint").

Dated:   November 13, 2024
         Wilmington, Delaware

| | |
|---|---|
| **PASHMAN STEIN WALDER HAYDEN, P.C.** | **A.M. SACCULLO LEGAL, LLC** |
| */s/ Joseph C. Barsalona II* | */s/ Mary E. Augustine* |
| Joseph C. Barsalona II (No. 6102) | Mary Augustine (DE No. 4477) |
| 824 North Market Street, Suite 800 | 27 Crimson King Drive |
| Wilmington, DE 19801 | Bear, DE 19701 |
| Telephone: (302) 592-6496 | Telephone: (302) 836-8877 |
| Email: jbarsalona@pashmanstein.com | Facsimile: (302) 836-8787 |
| | Email: meg@saccullolegal.com |
| -and- | -and- |
| Denise Alvarez (admitted *pro hac vice*) | KAMINSKI LAW, PLLC |
| Joshua P. Law (admitted *pro hac vice*) | Shanna M. Kaminski |
| Court Square | P.O. Box 247 |
| 21 Main Street, Suite 200 | Grass Lake, Michigan 49240 |
| Hackensack, New Jersey 07601 | Telephone: (248) 462-7111 |
| Email: dalvarez@pashmanstein.com | Email: skaminski@kaminskilawpllc.com |
|        jlaw@pashmanstein.com | |
| *Counsel to the Plaintiff, Jambys, Inc.* | *Counsel to Velocity Capital Group, LLC, Jay Avigdor, United First, LLC, Global Funding Experts, LLC, GFE NY, LLC, Boris Musheyev, and Viacheslav Eliyayev* |